No. 15–0105/MC. U.S. v. Zoya Jouravska. CCA 201300251. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 5, 2014.

No. 14–0409/AF. U.S. v. Stephan H. Claxton. CCA 38188. Appellee's petition for reconsideration of this Court's order issued September 15, 2014 is denied.

Monday, October 20, 2014

No. 15–0112/AR. U.S. v. Tahir L. Muwwakkil. CCA 20140536. Notice is hereby given that a certificate for review of the decision of the United States Army Court of Criminal Appeals on appeal by the United States under Article 62, Uniform Code of Military Justice, 10 U.S.C. § 862, and a supporting brief were filed under Rule 22, together with a motion to stay the proceedings on this 20th day of October, 2014, on the following issues:

    I.    WHETHER THE U.S. ARMY COURT OF CRIMINAL APPEALS ERRED IN ITS APPLICATION OF BOTH THE FEDERAL JENCKS ACT (18 U.S.C. § 3500) AND RULE FOR COURTS–MARTIAL 914.

    II.    WHETHER THE U.S. ARMY COURT OF CRIMINAL APPEALS ERRED IN ITS DEFERENCE TO THE MILITARY JUDGE'S FIND-

INGS AND CONCLUSIONS, AS SHE FAILED TO CONSIDER THE TOTALITY OF THE CASE, AND INSTEAD MADE A PRESUMPTION OF HARM BEFORE ORDERING AN EXTRAORDINARY REMEDY. SEE, e.g., *KILLIAN v. UNITED STATES*, 368 U.S. 231 (1961).

On consideration thereof, it is ordered that the motion to stay proceedings is hereby granted. Appellee will file an answer to the certified issues under Rule 22(b)(1) on or before October 30, 2014.

No. 15–0109/MC. U.S. v. Gregory T. Miles. CCA 201300272. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 10, 2014.

Tuesday, October 21, 2014

No. 15–0117/AF. Samuel C. McCrary, Petitioner v. Gregory O. Friedland, Colonel, United States Air Force, Respondent. CCA 2014–12. Notice is hereby given that a petition for extraordinary relief in the nature of a writ of mandamus, under Rule 27(a), together with a motion to stay proceedings and a motion to attach were filed on this date.

Wednesday, October 22, 2014

No. 15–0114/AF. U.S. v. John R. Sutton, II. CCA S32143. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 10, 2014.